UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KMC DESIGN STUDIOS, LLC<br>  d/b/a KAY'S | CIVIL ACTION |
| VERSUS | NO.   17-884 c/w |
| SEWERAGE AND WATER BOARD<br>  OF NEW ORLEANS | SECTION "N" |

c/w

| | |
|---|---|
| ALICIA C. ANDRY | CIVIL ACTION |
| VERSUS | NO.   17-1834 |
| SEWERAGE AND WATER BOARD<br>  OF NEW ORLEANS | SECTION "N" |

**This Document Applies to All Cases.**

## ORDER AND REASONS

Presently before the Court is the "Motion to Re-Open and Remand" (Rec. Doc. 11) filed by Plaintiff Alicia C. Andry and the memorandum in response filed by Third Party Defendant Cajun Contructors, LLC ("Cajun") (Rec. Doc. 12). Having carefully considered these submissions, **IT IS ORDERED** that the previously imposed stay of these consolidated action be and hereby is **LIFTED** and the actions are **RE-OPENED**.  *See* Rec. Docs. 6, 7, and 9.

For the reasons stated by Cajun, however, **IT IS FURTHER ORDERED** that the third party demands asserted against Cajun in these consolidated actions by the Sewerage and Water Board of New Orleans ("SWB") be and hereby are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that these consolidated actions be and hereby are **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 5th day of January 2018.

_____
**KURT D. ENGELHARDT**
**United States District Judge**